1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  813 Sixth Street. Suite 450
   Sacramento, Ca  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant
   STEPHEN HOUSE
6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                  EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        Case No.: CR.S-05-178 EJG
11         Plaintiff,               ORDER CONTINUING STATUS
                                    CONFERENCE HEARING
12    vs.
13 STEPHEN HOUSE,
14         Defendants.
15

16                              **ORDER**
17     This matter having come before me pursuant to the
18 stipulation of the parties and good cause appearing therefore,
19     IT IS ORDERED THAT: the status conference hearing now set
20 for July 15, 2005 at 10:00 a.m. is vacated and the matter is set
21 for a status conference hearing on August 5, 2005 at 10:00 a.m.
22     Further, the Court finds that time is excluded based upon
23 the representation of the parties to allow adequate defense
24 / / /
25
26 / / /
27
28

1 | preparation and such time will be excluded pursuant to the
2 | Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code
3 | T4], until the next appearance.
4 | IT IS SO ORDERED.

6 | DATED:_July 14, 2005        /s/ Edward J. Garcia
7 |                             Senior United States District
  |                             Court Judge