```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  813 Sixth Street. Suite 450
    Sacramento, Ca  95814
 4  Telephone: (916) 441-0824

 5  Attorneys for Defendant
    STEPHEN HOUSE
 6
```



FILED
SEP -9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-05-178 EJG |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME |
| vs. | |
| STEPHEN HOUSE, | |
| Defendants. | Date: October 14, 2005<br>Time: 10:00 A.M.<br>Judge: Edward J. Garcia<br>Senior U.S. District Judge |

   IT IS HEREBY STIPULATED by Stephen House, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel S. Robert Tice-Raskin, that the status conference now scheduled for 10:00 a.m. on September 9, 2005 be continued to October 14, 2005 at 10:00 a.m.

   On July 14, 2005, pursuant to the stipulation of parties, the status conference in this matter was continued to August 5, 2005.  A continuance was necessary at that time because the defense investigator was revising his report which bears on the amount of loss in the case.  Loss amount is the primary issue

1  which needs to be resolved by the parties before the case can be
2  settled. The defense investigator was delayed in the revision
3  of his report and it was not available to counsel until August
4  5. Counsel for Mr. House has now obtained the investigator's
5  report and provided a copy to counsel for the government on
6  September 2, 2005. The defense requires additional time to
7  pursue this investigation and to complete discussions with the
8  government regarding the resolution of the case. For that
9  reason, the parties now request that the status conference now
10 set for September 9, 2005 be continued to 10:00 a.m. on October
11 14, 2005.
12      The parties stipulate that time should be excluded under
13 the Speedy Trial Act for defense preparation. The parties
14 further stipulate that time should continue to be excluded until
15 October 14, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) –
16 [Local Code T4].
17 IT IS SO STIPULATED.

DATED:    September 8, 2005

                                    //s// Clyde M. Blackmon for
                              By: __S. Robert Tice-Raskin__
                                    S. Robert Tice-Raskin
                                    Assistant U.S. Attorney

DATED:    September 8, 2005
                              By:  __//s// Clyde M. Blackmon__
                                    Clyde M. Blackmon
                                    Attorney for Defendant
                                    STEPHEN HOUSE

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for September 9, 2005 at 10:00 a.m. is vacated and the matter is set for a status conference hearing on October 14, 2005 at 10:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) - [Local Code T4], until the next appearance.

IT IS SO ORDERED.

DATED: 9/9/05

Edward J. Garcia
Senior United States District
Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME