**FILED**

OCT 12 2005


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  FRED N. DAWSON (SBN 43306)
   JONATHAN C. TURNER (SBN 191540)
3  EMILY E. DORINGER (SBN 208727)
   MELINDA J. NYE (SBN 237303)
4  813 Sixth Street. Suite 450
   Sacramento, Ca  95814
5  Telephone: (916) 441-0824

6  Attorneys for Defendant
   STEPHEN HOUSE
7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.: CR.S-05-178 EJG

12          Plaintiff,                 STIPULATION AND [PROPOSED]
                                        ORDER CONTINUING STATUS
13      vs.                             CONFERENCE HEARING AND
                                        EXCLUDING TIME
14  STEPHEN HOUSE,

15          Defendants.                Date:  October 14, 2005
                                       Time:  10:00 A.M.
16                                     Judge: Edward J. Garcia
                                              Senior U.S.
17                                            District Judge

18

19      IT IS HEREBY STIPULATED by Stephen House, through his

20  counsel Clyde M. Blackmon, and the United States of America,

21  through its counsel S. Robert Tice-Raskin, that the status

22  conference now scheduled for 10:00 a.m. on October 14, 2005 be

23  continued to November 18, 2005 at 10:00 a.m.

24      Stephen House is charged with mail fraud in connection with

25  the embezzlement of money belonging to some of his clients.  The

26  amount of loss is the primary issue in the case.  The status

27  conference has been continued three times by stipulation of the

28

                              - 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND
                          EXCLUDING TIME

1  parties due to delays in obtaining a defense investigator's
2  report bearing on the loss issue. The report has now been
3  obtained and a copy provided to the government, and it is being
4  reviewed by the government's case agent. In the meantime, the
5  defense is attempting to determine how much money will be
6  available through Mr. House's bankruptcy proceedings to repay
7  those of his clients who lost money due to his conduct. That
8  aspect of the defense investigation is continuing. Therefore, a
9  continuance of the status conference is necessary to permit the
10 defense to complete its investigation into the amount of money
11 available through the bankruptcy proceedings and to complete
12 discussions with the government regarding resolution of the
13 case.

14      The parties stipulate that time should be excluded under
15 the Speedy Trial Act for defense preparation. The parties
16 further stipulate that time should continue to be excluded until
17 November 18, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) -
18 [Local Code T4].

19 IT IS SO STIPULATED.

20

21 DATED:    October 12, 2005

22                                        //s// Clyde M. Blackmon for
                                     By:  S. Robert Tice-Raskin
23                                        S. Robert Tice-Raskin
                                          Assistant U.S. Attorney
24

25 DATED:    October 12, 2005
                                     By:  //s// Clyde M. Blackmon
26                                        Clyde M. Blackmon
                                          Attorney for Defendant
27                                        STEPHEN HOUSE

28

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND
EXCLUDING TIME

1

**ORDER**

2          This matter having come before me pursuant to the

3  stipulation of the parties and good cause appearing therefore,

4          IT IS ORDERED THAT: the status conference hearing now set

5  for October 14, 2005 at 10:00 a.m. is vacated and the matter is

6  set for a status conference hearing on November 18, 2005 at

7  10:00 a.m.

8          Further, the Court finds that time is excluded based upon

9  the representation of the parties to allow adequate defense

10 preparation and such time will be excluded pursuant to the

11 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) - [Local Code

12 T4], until the next appearance.

13 IT IS SO ORDERED.

14

15 DATED: **10/12/05**

                                    Edward J. Garcia
16                                  Senior United States District
17                                  Court Judge

18

19

20

21

22

23

24

25

26

27

28

- 3 -