```
 1 | BLACKMON & ASSOCIATES
     CLYDE M. BLACKMON (SBN 36280)
 2 | FRED N. DAWSON (SBN 43306)
     JONATHAN C. TURNER (SBN 191540)
 3 | EMILY E. DORINGER (SBN 208727)
     MELINDA J. NYE (SBN 237303)
 4 | 813 Sixth Street. Suite 450
     Sacramento, Ca  95814
 5 | Telephone: (916) 441-0824
 6 | Attorneys for Defendant
     STEPHEN HOUSE
 7
```

**FILED**

MAR - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEPHEN HOUSE,<br><br>          Defendants. | Case No.: CR.S-05-178 EJG<br><br>[PROPOSED] ORDER CONTINUING DATE FOR IMPOSITION OF JUDGMENT AND SENTENCE |

### ORDER

GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for imposition of judgment and sentence in this matter is continued to May 19, 2006 at 10:00 a.m., and the schedule for disclosure of the presentence

/ / /

/ / /

/ / /

- 1 -

[PROPOSED] ORDER CONTINUING DATE
FOR IMPOSITION OF JUDGMENT AND SENTENCE

report and for the filing of objections to the presentence report is amended as set forth in Exhibit A.

IT IS SO ORDERED.

DATED: 3/2/06

EDWARD J. GARCIA
Senior United States District Court Judge

# EXHIBIT A

## SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT

The Proposed Presentence
Report shall be disclosed
to counsel no later than . . . . . . . . . . . April 14, 2006

Counsel's written objections
to the Presentence Report
shall be delivered to the
Probation Officer and opposing
counsel no later than. . . . . . . . . . . . . April 28, 2006

The Presentence Report shall be
filed with the court and disclosed
to counsel no later than . . . . . . . . . . . May 5, 2006

Motion for Correction of the
Presentence Report shall be filed
with the court and served on the
Probation Officer and opposing
counsel no later than. . . . . . . . . . . . . May 12, 2006

Judgment and Sentence date
shall be . . . . . . . . . . . . . . . . . . . May 19, 2006