```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    MELINDA J. NYE (SBN 237303)
 4  813 Sixth Street. Suite 450
    Sacramento, Ca  95814
 5  Telephone: (916) 441-0824
 6  Attorneys for Defendant
    STEPHEN HOUSE
 7
```




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>STEPHEN HOUSE,<br><br>　　　Defendant. | Case No.: CR.S-05-178 EJG<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING JUDGMENT<br>AND SENTENCING AND RELATED<br>DATES |



　　　IT IS HEREBY STIPULATED between the Defendant, Stephen House, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant United States Attorney S. Robert Tice-Raskin, that the imposition of judgment and sentence in this matter be continued from June 16, 2006 to July 28, 2006 at 10:00 a.m. before the Honorable Edward J. Garcia and that the schedule for disclosure of the presentence report and for filing of objections to the presentence report be amended as set forth on the attached Exhibit A.

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING AND RELATED DATES

|    |                                                                                     |
|----|-------------------------------------------------------------------------------------|
| 1  | The primary issue left for resolution in this case pertains                         |
| 2  | to the amount of loss for which Mr. House will be held                              |
| 3  | responsible.  The probation officer, Linda Alger, has calculated                    |
| 4  | the loss at over eight million dollars.  Most of the total loss,                    |
| 5  | over six million dollars, is claimed by one victim of Mr.                           |
| 6  | House's conduct, National West Manufacturing, Inc.  National                        |
| 7  | West has provided documentation to the probation officer which                      |
| 8  | it contends supports it's claimed loss.  That documentation has                     |
| 9  | recently been provided to counsel for Mr. House.  It is now                         |
| 10 | necessary for the defense investigator to review that                               |
| 11 | documentation and go over it with defense counsel.  Once that is                    |
| 12 | done, it is anticipated that defense counsel, counsel for the                       |
| 13 | government and Ms. Alger will meet and attempt to resolve the                       |
| 14 | issue.  The scheduling of that meeting is complicated by the                        |
| 15 | fact that counsel for the government, Mr. Tice-Raskin, is about                     |
| 16 | to commence the re-trial of a case which will prevent him from                      |
| 17 | devoting any substantial time to Mr. House's case until at least                    |
| 18 | the end of June.                                                                    |
| 19 | The parties are making good faith efforts to resolve the                            |
| 20 | loss issue.  They believe that a continuance of the judgment and                    |
| 21 | sentencing date will enhance the possibility of resolution of                       |
| 22 | the matter or at least result in a narrowing of the issues to be                    |
| 23 | addressed at a contested evidentiary hearing.                                       |
| 24 | ///                                                                                 |
| 25 | ///                                                                                 |
| 26 | ///                                                                                 |
| 27 | ///                                                                                 |
| 28 |                                                                                     |

```
 1  IT IS SO STIPULATED.

 2
    DATED:      May 25, 2006
 3

 4
                                                //s// Clyde M. Blackmon for
 5                                        By:  S. Robert Tice-Raskin
                                               S. Robert Tice-Raskin
 6                                             Assistant U.S. Attorney

 7  DATED:      May 25, 2006
 8

 9                                        By:  //s// Clyde M. Blackmon
                                               Clyde M. Blackmon
10                                             Attorney for Defendant
                                               STEPHEN HOUSE
11

12
...
28
```

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING AND
RELATED DATES

1  [PROPOSED] ORDER CONTINUING DATE
2  FOR IMPOSITION OF JUDGMENT AND SENTENCE

3    GOOD CAUSE APPEARING for the reasons set forth in the
4  stipulation between counsel, the date for imposition of judgment
5  and sentence in this matter is continued to July 28, 2006 at
6  10:00 a.m., and the schedule for disclosure of the presentence
7  report and for the filing of objections to the presentence
8  report is amended as set forth in Exhibit A.
9  IT IS SO ORDERED.

11 DATED:  5/24/06                 _____
12                                 EDWARD J. GARCIA
                                   Senior United States District
13                                 Court Judge

# EXHIBIT A

## SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT

```
The Proposed Presentence
Report shall be disclosed
to counsel no later than . . . . . . . . . . . June 23, 2006

Counsel's written objections
to the Presentence Report
shall be delivered to the
Probation Officer and opposing
counsel no later than. . . . . . . . . . . . . July 7, 2006

The Presentence Report shall be
filed with the court and disclosed
to counsel no later than . . . . . . . . . . . July 14, 2006

Motion for Correction of the
Presentence Report shall be filed
with the court and served on the
Probation Officer and opposing
counsel no later than. . . . . . . . . . . . . July 21, 2006

Judgment and Sentence date
shall be . . . . . . . . . . . . . . . . . . . July 28, 2006
```