UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                      RE:    Stephen House
                                                    Docket Number:   2:05CR00178-01
                                                      **CONTINUANCE OF JUDGMENT AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 07/28/2006 to 09/01/2006 at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  The parties are continuing to investigate the loss amount.  Thus far, the loss amounts for most of the victims have been resolved; however, the parties have been unable to determine the loss for the victim business which sustained the largest loss.  Recently, an accounting firm provided information concerning the business's  loss, but it will take some time to decipher.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,


                                        **LINDA L. ALGER**
                                 **Senior United States Probation Officer**


**REVIEWED BY:**   _____
                             **KAREN A. MEUSLING**
                             **Supervising United States Probation Officer**

Dated: July 19, 2006
         Sacramento, California
         LLA/sda

**RE:   Stephen House**
      **Docket Number:   2:05CR00178-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Clyde Blackmon, Defense Attorney
      Probation Office Calendar Clerk


 X   **Approved**        /s/ Edward J. Garcia                 7/20/06
                         **EDWARD J. GARCIA**                 **Date**
                         **Senior United States District Judge**
     **Disapproved**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:   **2:05CR00178-01** |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Stephen House** | |
| **Defendant.** / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/01/2006 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/25/2006 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/18/2006 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Completed |

3

Rev. 08/2005
CONTJ&S.EJG