```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2910
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )    CR. No. CR S 05-178 EJG
                                 )
11              Plaintiff,       )    STIPULATION TO CONTINUE
                                 )    EVIDENTIARY HEARING AND
12       v.                      )    SENTENCING HEARING;
                                 )    AND ORDER
13  STEPHEN HOUSE,               )
                                 )
14                               )
                Defendant.       )
15  _____)
```

16                           **STIPULATION**

17      The parties, by and through their respective counsel, stipulate
18  as follows:
19  1.  This matter is set for an evidentiary hearing regarding certain
20      sentencing issues on 22 September 2006 and for judgment and
21      sentencing on 29 September 2006.
22  2.  The parties have met and confer, and need additional time to
23      further meet and confer in an effort to resolve the currently
24      disputed sentencing issues and obviate the need for an
25      evidentiary hearing.
26  3.  The parties jointly request that the evidentiary hearing
27      regarding certain sentencing issues be reset for 29 September
28      2006 and the hearing for judgment and sentencing be reset for 6

                                  1

1    October 2006, both at 10:00 a.m.

3  DATED: 15 September 2006          /s/ Tice-Raskin for C. Blackmon
                                     CLYDE BLACKMON
4                                    Attorney for Defendant
                                     (Per telephonic authorization)

5  DATED: 15 September 2006          /s/ Tice-Raskin
6                                    S. ROBERT TICE-RASKIN
                                     Assistant U.S. Attorney

## ORDER

The evidentiary hearing regarding certain sentencing issues is hereby reset for 29 September 2006 and the hearing for judgment and sentencing is reset for 6 October 2006, both at 10:00 a.m.

DATED: __ September 18, 2006        /s/ Edward J. Garcia
                                    JUDGE EDWARDD G. GARCIA
                                    United States District Court

2