1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2910

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    CR. No. CR S 05-178 EJG
                                     )
11              Plaintiff,           )    STIPULATION TO CONTINUE
                                     )    EVIDENTIARY HEARING AND
12       v.                          )    SENTENCING HEARING;
                                     )    AND ORDER
13  STEPHEN HOUSE,                   )
                                     )
14                                   )
                Defendant.           )
15  _____ )

16                          **STIPULATION**

17      The parties, by and through their respective counsel, stipulate

18  as follows:

19  1.   This matter is set for an evidentiary hearing regarding certain

20       sentencing issues on 29 September 2006 and for judgment and

21       sentencing on 6 October 2006.

22  2.   The parties have met and conferred yet again, and need

23       additional time to conduct investigation and meet and confer in

24       an effort to resolve the currently disputed sentencing issues

25       and obviate the need for an evidentiary hearing.

26  3.   The parties jointly request that the evidentiary hearing

27       regarding certain sentencing issues be reset for 13 October

28       2006 and the hearing for judgment and sentencing be reset for

                                 1

1    20 October 2006, both at 10:00 a.m.

2

3    DATED: 22 September 2006          /s/ Tice-Raskin for C. Blackmon
                                       CLYDE BLACKMON
4                                      Attorney for Defendant
                                       (Per telephonic authorization)
5
     DATED: 22 September 2006          /s/ Tice-Raskin
6                                      S. ROBERT TICE-RASKIN
                                       Assistant U.S. Attorney
7

8                              **ORDER**

9        The evidentiary hearing regarding certain sentencing issues is

10   hereby reset for 13 October 2006 and the hearing for judgment and

11   sentencing is reset for 20 October 2006, both at 10:00 a.m.

12   DATED: ___ September 22, 2006      /s/ Edward J. Garcia
                                        JUDGE EDWARD G. GARCIA
13                                      United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2