```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2910
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>STEPHEN HOUSE,<br><br>           Defendant. | CR. No. CR S 05-178 EJG<br><br>STIPULATION REGARDING SENTENCING CALCULATIONS AND SENTENCING DATE; ORDER<br><br>Hearing Date: Oct. 13, 2006<br>Time: 10:00 a.m. |

**STIPULATION**

The parties, by and through their respective counsel, stipulate as follows:

1. Defendant withdraws his objections to the Presentence Report, filed August 25, 2006. The evidentiary hearing set for October 13, 2006 can be converted to a hearing regarding judgment and sentencing. The previously scheduled hearing on October 20, 2006 for judgment and sentencing can be vacated.

2. The loss and restitution with respect to National West Manufacturing, Inc. is $3,040,817. See PSR ¶¶ 36, 38.

3. The loss and restitution with respect to Barbara Hale Trust, in care of Ronald and Becky Johnston, is $78,000. See PSR ¶¶ 31, 38.

1

4. The total loss and restitution with respect to all victims is $4,417,014.72.  See ¶¶ 38.
5. The loss enhancement under USSG §2B1.1(b)(1) should be 18 levels, corresponding to a loss greater than $2.5 Million. See PSR ¶¶ 39.
6. The adjusted offense level is 27 and the final offense level is 24, with an advisory guideline range of 51 to 63 months. See PSR ¶¶ 52, 56, Justification and Recommendation.

DATED: 29 September 2006        /s/ Tice-Raskin for C. Blackmon
                                CLYDE BLACKMON
                                Attorney for Defendant
                                (Per telephonic authorization)

DATED: 29 September 2006        /s/ Tice-Raskin
                                S. ROBERT TICE-RASKIN
                                Assistant U.S. Attorney

**ORDER**

A hearing for judgment and sentencing is set for 13 October 2006 at 10:00 a.m. in lieu of the scheduled evidentiary hearing. The previously set hearing date for judgment and sentencing on 20 October 2006 is vacated.

DATED: __ September 29, 2006    /s/ Edward J. Garcia
                                JUDGE EDWARD G. GARCIA
                                United States District Court